# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cr99

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | **Simmons** Dismissal |
| NATWOINE AUSTIN, | ) | With Prejudice |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss with government consent. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss with Prejudice with Government Consent (#45) is **GRANTED,** and the indictment in this action is **DISMISSED** with prejudice.

Signed: October 6, 2011

Max O. Cogburn Jr.
United States District Judge